GEORGE E. OSBORNE, as Administrator of the Estate of JOHN A. OSBORNE, Deceased, Respondent, *v.* OCORR & RUGG COMPANY, Appellant.

*Osborne* v. *Ocorr & Rugg Co.*, 86 App, Div. 628, affirmed.
(Argued December 2, 1903; decided December 18, 1903.)

APPEAL from a judgment, entered July 23, 1903, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, overruling defendant's exceptions ordered to be heard in the first instance by the Appellate Division and denying a motion for a new trial.

*William A. Sutherland* for appellant.

*Merton E. Lewis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN, CULLEN and WERNER, JJ.